1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Acting Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      thomas.green@usdoj.gov

8

9  Attorneys for United States of America

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   CASE NO.  4:23-mj-70950
                                        )
14        Plaintiff,                    )
                                        )
15     v.                               )   NOTICE OF PROCEEDINGS ON OUT-OF-
                                        )   DISTRICT CRIMINAL CHARGES PURSUANT TO
16 KENNETH EUGENE MOORE,                )   RULES 5(c)(2) AND (3) OF THE FEDERAL
                                        )   RULES OF CRIMINAL PROCEDURE
17        Defendant.                    )
                                        )
18 _____ )
                                        )
19

20        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

21 that on June 23, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy

22 attached) issued upon an

23        ☐      Indictment

24        ☐      Information

25        ☐      Criminal Complaint

26        ■      Other (describe):  Supervised Release Violation Petition pending in the Eastern District

27               of California, Case Number 2:19-CR-00181-KJM.

28 In that case, the defendant is charged with violating the terms of his Supervised Release.

                                                              v. 7/10/2018

DESCRIPTION OF CHARGES:  Supervised Release Violation.

     CHARGE 1: Failure To Participate In The RRC As Directed.

     CHARGE 2: Failure To Follow Instructions Of The Probation Officer.

MAXIMUM PENALTIES: Two years imprisonment; three years of supervised release minus any custodial time imposed.


Date: June 23, 2023.                                        Respectfully Submitted,


                                            ISMAIL J. RAMSEY
                                            United States Attorney

                                          */s/ Thomas A. Green*
                                          THOMAS A. GREEN
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For
## Offender Under Supervision

**Name of Offender:**    Kenneth Eugene Moore          **Docket Number:**    0972 2:19CR00181-001

**Name of Judicial Officer:**    Chief United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**    6/28/2011

**Original Offense:** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm (Class C Felony)

**Original Sentence: (WD/TX)** 120 months custody of the Bureau of Prisons followed by a 36-month term of supervised release; Mandatory Drug Testing; No Firearms; DNA Collection; $100 Special Assessment.

**Special Conditions:**

Financial Disclosure
Drug/Alcohol Treatment
Drug/Alcohol Testing
No Alcohol
Mental Health Treatment
Aftercare Co-payment
Employment Condition

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    7/8/2019

**Other Court Actions:**

| | |
|---|---|
| **05/23/2019:** | Probation 12B Petition to Modify the Conditions of Supervision filed in the Western District of Texas. Special conditions modified to include Residential Community Corrections Center placement as the offender had no viable release plan and was homeless. |
| **10/10/2019:** | Probation 12A Report of Offender Under Supervision filed in the Western District of Texas notifying the Court of the offender's failure to notify the probation officer at least 10 days prior to any change in residence or employment. The Court took no action. |
| **10/18/2019:** | Transfer of jurisdiction from the Western District of Texas, Docket 1:11CR00029-01 to the Eastern District of California. |

PROB 12C
(07/13)

**RE: Kenneth Eugene Moore**                    **Docket Number: 0972 2:19CR00181-01**

**06/12/2020:** Probation 12A Report on Offender Under Supervision approved by Your Honor notifying the Court of the offender's unlawful use of a controlled substance. The Court took no action.

**09/30/2020:** Probation 12B Petition to Modify the Conditions of Supervision approved by Your Honor. Special conditions modified to include Residential Community Corrections Center placement.

---

## PETITIONING THE COURT

☒ **TO ISSUE A WARRANT**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

| <u>**Charge Number**</u> | <u>**Nature of Violation**</u> |
|---|---|
| 1 | **FAILURE TO PARTICIPATE IN THE RRC AS DIRECTED** |

On May 28 and June 1, 2021, the offender failed to report to Geo Care, the Residential Reentry Center (RRC) in San Francisco. This conduct is in violation of Special Condition 7 which states, *"The defendant shall reside and participate in a residential community corrections center, Geo Care, for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined but the Bureau of Prisons."*

| <u>**Charge Number**</u> | <u>**Nature of Violation**</u> |
|---|---|
| 2 | **FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER** |

On June 9 and 21, 2021, the offender failed to report to the Probation Office as directed. This conduct is in violation of Standard Condition 3 which states, *"The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer."*

**Justification:** Due to the offender losing his housing, he was directed to report to the RRC in San Francisco. He had previously signed a waiver and agreed to have RRC placement added to his conditions. On May 25, 2021, the offender was directed to report to the RRC on May 28, 2021. He failed to report as directed. He was then directed to report to the RRC on June 1, 2021. He again failed to report as directed.

On June 4, 2021, the undersigned contacted the offender and directed him to report to the Probation Office in Modesto on June 9, 2021. He stated he would report on that day and did not show.

On June 17, 2021, the offender contacted the undersigned and was directed to report to the Probation Office in Modesto on June 21, 2021. Again, he failed to report as directed. The offender has not reached out to the probation office and his whereabouts are currently unknown.

PROB 12C
                                                                                                (07/13)

RE: Kenneth Eugene Moore                    Docket Number: 0972 2:19CR00181-01

**Detention:** Due to his lack of contact with the Probation Office and his whereabouts being unknown, the offender is deemed a flight risk. Therefore, it is respectfully recommended a warrant be issued for his arrest and the offender remain detained pending resolution of the alleged violation conduct.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**      **June 29, 2021**
                     **Modesto, California**
                     **WM/lr**

                                          Respectfully submitted,

                                          _____
                                          **Whitney Mize**
                                          **United States Probation Officer**
                                          Telephone: 209-574-9429

**DATED:**   6/29/2021                    Reviewed by,

                                          _____
                                          **Laura Weigel**
                                          **Supervising United States Probation Officer**

PROB 12C
                                                                                 (07/13)

RE: **Kenneth Eugene Moore**                    **Docket Number: 0972 2:19CR00181-01**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a warrant.  No bail pending hearing.

☐  The issuance of a summons.

☐  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐  Defendant is ordered detained, to be brought before District Judge forthwith.

☒  Initial appearance and detention hearing before Magistrate Judge.


**DATED:**  June 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE


cc:    United States Probation

       Assistant United States Attorney: To be assigned

       United States Marshal Service

PROB 12C
(07/13)

RE: **Kenneth Eugene Moore**                    **Docket Number: 0972 2:19CR00181-01**

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Kimberly J. Mueller
Chief United States District Judge
Sacramento, California

                                        RE:     Moore, Kenneth Eugene
                                                **Docket Number: 0972 2:19CR00181-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1**      **FAILURE TO PARTICIPATE IN THE RRC AS DIRECTED**

          **A.**      **Evidence:**

                 (1)      None

          **B.**      **Witnesses:**

                 (1)      United States Probation Officer Whitney Mize, along with staff members at Geo Care (RRC) will testify that Kenneth Moore failed to report to the RRC as directed.

**Charge 2**      **FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER**

          **A.**      **Evidence:**

                 (1)      None

          **B.**      **Witnesses:**

                 (1)      United States Probation Officer Whitney Mize will testify that Kenneth Moore failed to follow the directions of the Probation Officer.

PROB 12C
                                                                (07/13)

RE: **Kenneth Eugene Moore**                    **Docket Number: 0972 2:19CR00181-01**

Respectfully submitted,

*[signature]*

**Whitney Mize**
**United States Probation Officer**
Telephone: 209-574-9429

**DATED:**   6/29/2021
Modesto, California

Reviewed by,

*[signature]*

**Laura Weigel**
**Supervising U.S. Probation Officer**

PROB 12C
(07/13)

RE: **Kenneth Eugene Moore**                    **Docket Number: 0972 2:19CR00181-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Kenneth Eugene Moore          **Docket Number:**   0972 2:19CR00181-01

**Date of Original Offense:**   06/30/2010

**Original term of supervised release imposed: 3 years**

**Highest grade of violation alleged: C**

**Criminal History Category of offender: III**

**Original guideline range: 63 to 78 months.**

**Chapter 7 range of imprisonment: 5 to 11 months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒          **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation: YES: ☐   NO: ☒**

<u>**Original offense committed on or after 04/30/2003**</u>:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

<u>**Original offense committed after 09/13/94:**</u>  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>**Positive/Failed Drug Tests after 11/02/2002:**</u>  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

PROB 12C
                                              (07/13)

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHALS SERVICE
EASTERN CALIFORNIA

2021 JUN 30  PM 2: 15

USA ,                                              Case No:  **2:19−CR−00181−KJM**

    v.

**KENNETH EUGENE MOORE ,**

## WARRANT FOR ARREST

**TO:  THE UNITED STATES MARSHAL**
    and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Kenneth Eugene Moore

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Supervised Release Violation Petition**

charging him or her with *(brief description of offense)*

**Violation of Supervised Release**

in violation of Title _____ **18** _____   United States Code, Section(s) _____ **3606** _____

| | |
|---|---|
| K. Zignago | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *K. Zignago (signature)* | **6/30/21**　　**Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at　**NO BAIL** | by   **Chief District Judge Kimberly J. Mueller** |

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant _____

| | |
|---|---|
| _____ | _____ |
| Date Received | Name and Title of Arresting Officer |
| _____ | _____ |
| Date of Arrest | Signature of Arresting Officer |