Case 4:23-mj-70950-MAG Document 7 Filed 06/27/23 Page 1 of 1

AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

```
FILED
Jun 27 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>KENNETH EUGENE MOORE,<br><br>Defendants. | Case No. 4:23-mj-70950-MAG-1 (DMR)<br><br>Charging District: Eastern District of California, Modesto<br>Charging District's Case No.:<br>0972 2:19CR00181-001-KJM |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>Robert T. Matsui<br>United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 | Upon Release from custody on 6/27/2023, Defendant is to contact within 24 hours the U.S. Probation Office, 1700 Standiford Ave. A350, Modesto, CA 95350 Phone No.: (209) 574-9052; report to his assigned Probation Officer, and arrange his appearance in the U.S. District Court for the Eastern District of California. |
|---|---|
| | Chief District Judge: Kimberly J. Mueller |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 27, 2023

_____
Donna M. Ryu
Chief District Judge